# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Western Watersheds Project, et al., | **NO. CV-21-00020-TUC-SHR** |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Sonny Perdue, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed September 29, 2023,which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

September 29, 2023

s/ A. Calderón
By    Deputy Clerk